UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 09-1863 DSF (CWx) | Date | 3/23/09 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Co. etc. v. Efrain Vegal, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

On March 18, 2009, Defendants removed this case from state court claiming both federal question and diversity jurisdiction. There is no federal question jurisdiction because the complaint does not state a claim under a federal statute. There is no diversity jurisdiction because the amount in controversy is clearly less than $75,000.[1]

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

---

[1] The complaint is for unlawful detainer and claims damages at $30 per day from January 15, 2009 to the present plus $600 in statutory damages. (See Compl. ¶¶ 9-10.)